UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

UNITED STATES                                          CRIMINAL

VERSUS                                                 NO: 08-19

MICHAEL HENRY                                          SECTION: R(5)

**ORDER**

Before the Court is defendant Michael Henry's Second Motion for Recusal. "Both recusal statutes require a 'proceeding' pending before the Judge sought to be recused." *United States v. Bowens*, 291 Fed. Appx. 644, 645 (5th Cir. 2008)(per curiam)(*citing* 28 U.S.C. §§ 144, 455). "The term 'proceeding' implies 'the judge's participation in decisions affecting the substantive rights of the litigants to an actual case or controversy." *Id.* (quoting *United States v. Sciarra*, 851 F.2d 621, 635 (3d. Cir. 1988). This case is closed. The only motion left to recuse from is Henry's own, and the Court lacks jurisdiction to hear it. Henry's Motion is therefore DISMISSED.

New Orleans, Louisiana, this 22nd day of January, 2009.

_____
SARAH S. VANCE
UNITED STATES DISTRICT JUDGE